423 A.2d 1323

Lipitz et al., Appellants v. Snyder, M.D.

Argued March 21, 1979. John F. McDevitt, Jr., for appellant; Allan H. Starr, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.